No. 01–5100. EDINBURGH v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 01–5101. COX v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 01–5102. DAWSON v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 01–5104. OWSLEY v. LUEBBERS, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 01–5105. ANDERSON v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 01–5106. GOODWIN v. MISSOURI. Sup. Ct. Mo. Certiorari denied.

No. 01–5107. PRICE v. UNITED STATES ET AL. C. A. D. C. Cir. Certiorari denied.

No. 01–5108. PARKER v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 01–5110. WATTS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 01–5111. WILLIAMSON v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 01–5112. MURDOCK v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 01–5113. PAFFHOUSEN v. GRAYSON, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 01–5114. MAI AN VAN v. DUNCAN, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 01–5115. SANDOVAL v. UNITED STATES. C. A. 10th Cir. Certiorari denied.